IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OUR TOWN and<br>GARY HOWARD WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br>OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) **Civil Action NO.: 3:13-CV-487-MHT**<br>)                    (WO)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL JUDGMENT

WHEREAS, OUR TOWN ("Plaintiff "ENTITY"), GARY HOWARD WILLIAMS (hereinafter "WILLIAMS") (collectively "Plaintiffs") and THE UNITED STATES OF AMERICA (hereinafter "Government") have reached a mutual resolution of the dispute forming the basis for this Action; and

WHEREAS, the Parties have submitted evidence to support the findings and conclusions set forth in this Order; and

WHEREAS, the Parties have consented to the terms of this Order;

IT IS HEREBY ORDERED AND ADJUDGED that the joint motion for entry of consent order (doc. no. 33) is granted as follows:

(1)   The Civil Money Penalty imposed by the Government in the amount of $66,000 is hereby set aside without prejudice, and the Government is prohibited from seeking said penalty for actions by Plaintiffs occurring before November 4, 2014, that involved an alleged transfer of ownership of Our Town Grocery to Michelle Suchaski.

(2)   The Government is not prohibited from seeking in the future a Civil Money Penalty authorized by 7 U.S.C. § 2021(e) against Plaintiffs for a transfer of the ownership of Our Town Grocery which occurs or may have occurred since November 4, 2014.

(3)   In accord with this Court's Judgment of November 4, 2104 (doc. no. 32), each party is to bear its own costs associated with this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

Done, this the 12th day of January, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE